STATE v. REEVES

No. 346P01

Case below: 143 N.C. App. 186

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 18 December 2001.

STATE v. STEPHENS

No. 10A96-2

Case below: Johnston County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Johnston County, denied 18 December 2001.

STATE v. STRICKLAND

No. 483A95-2

Case below: Union County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Union County, denied 18 December 2001.

STATE v. TRUSELL

No. 632P01

Case below: 141 N.C. App. 151

Moore County Superior Court

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 18 December 2001. Petition by defendant pro se for writ of certiorari to review the order of the Superior Court, Moore County, dismissed 18 December 2001.

STATE v. WOODARD

No. 519PA01

Case below: 146 N.C. App. 75

Petition by Attorney General for writ of supersedeas allowed 18 December 2001. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 18 December 2001.